court could conclude that Respondent was more suitable regarding these factors.

### Conclusion

We cannot say the judgment is unsupported by substantial evidence or against the weight of the evidence, nor does it erroneously declare or apply the law. *Moreau*, 18 S.W.3d at 449. We affirm.

PARRISH, P.J., and BATES, J., concur.

Commission's (Commission) order affirming the Appeals Tribunal's decision disqualifying Appellant from receiving unemployment benefits. No precedential or jurisprudential purpose would be served by an opinion reciting the detailed facts and restating the principles of law. A memorandum has been provided to the parties, for their use only, setting forth the reasons for this order. We affirm pursuant to Rule 84.16(b).

---

**Wanda SARGENT, Claimant/Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

No. ED 89779.

Missouri Court of Appeals, Eastern District, Division Two.

Jan. 29, 2008.

Wanda Sargent, St. Louis, MO, pro se.

Shelly A. Kintzel, Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., BOOKER T. SHAW, J., and KURT S. ODENWALD, J.

### *ORDER*

PER CURIAM.

*Pro se* Appellant Wanda Sargent appeals the Labor and Industrial Relations

**Lamark FRANKLIN, Movant,**

v.

**STATE of Missouri, Respondent.**

No. ED 89289.

Missouri Court of Appeals, Eastern District, Division Two.

Jan. 29, 2008.

Timothy Forneris, St. Louis, MO, for appellant.

Shaun Mackelprang, Lisa M. Kennedy, co-counsel, Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., BOOKER T. SHAW, J., and KURT S. ODENWALD, J.